**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6152

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

EUGENE SUTTON, III,

Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, Chief District
Judge.  (4:08-cr-00060-TLW-3)

Submitted:  April 19, 2016          Decided:  April 22, 2016

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eugene Sutton, III, Appellant Pro Se.  Robert Frank Daley, Jr.,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Sutton, III, appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Sutton, No. 4:08-cr-00060-TLW-3 (D.S.C. Jan. 28, 2016).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED